THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROGER ALAN HOLLINS | § | CASE NO.  12-40988-R |
| XXX-XX-4724 | § | |
| 508 KAMBER LANE | § | CHAPTER 13 |
| WYLIE, TX  75098 | § | |
| | § | |
| ALICIA INES HOLLINS | § | |
| XXX-XX-6544 | § | |
| | § | |
| DEBTORS | § | |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**
**(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)**

## Notice Regarding Trustee's Recommendation Concerning Claims:

THIS DOCUMENT SHALL CONSTITUTE AN **OBJECTION TO YOUR CLAIM** UNLESS THE RECOMMENDATION IN THIS DOCUMENT CONCERNING YOUR CLAIM ACCEPTS YOUR PROOF OF CLAIM PRECISELY AS FILED.

NO HEARING WILL BE CONDUCTED ON THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE WITHIN **TWENTY-EIGHT (28) DAYS** FROM DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.

IF NO OBJECTION IS TIMELY SERVED AND FILED TO THIS DOCUMENT, THE TRUSTEE'S RECOMMENDATION CONCERNING YOUR CLAIM SHALL BE SUSTAINED AS UNOPPOSED AND YOUR CLAIM SHALL BE ALLOWED ONLY AS SET FORTH IN THIS DOCUMENT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

## Notice of Deadline for Filing Objections to Claim:

YOU ARE FURTHER NOTIFIED that the **deadline for filing an objection** to the allowance of any proof of claim filed in this case, or to avoid or otherwise challenge the validity of any security interest claimed in any proof of claim in this case, is the **twenty-first (21st) day** following the date of service of this document.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Janna L. Countryman, Trustee in these proceedings, and making this her recommendation concerning claims, would respectfully show the Court as follows:

1.  All parties are specifically advised that, among others, LBR 3015 shall apply to this Trustee's Recommendation Concerning Claims.

2.  The time for filing claims in this proceeding has expired.  The Trustee has reviewed all of the claims filed in this proceeding.  Attached are Schedules I and II containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

3.  If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's objections or other recommendations, or may file an objection to any claim disputed.  However, responses to the Trustee's recommendations MUST BE FILED within twenty-eight (28) days from the date of service hereof, and objections to claims MUST BE FILED within twenty-one (21) days from service hereof.  Each claim for which there is no timely filed response or objection will be treated as listed in the attached Schedules, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT .

## VALUATION OF COLLATERAL

4.  The Court has previously made a final and binding determination of the value of certain property, which may constitute collateral securing certain creditors' claims.  These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court.  All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I and II.

5.  Certain creditors may have timely filed proofs of claim which evidenced a perfected security interest in additional collateral not previously valued by the Court.  The Trustee has made a recommendation to the Court in Schedules I and II concerning the value of such collateral and the treatment of each such creditor's claim herein.  Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim.  UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE

## TRUSTEE'S OBJECTIONS TO CLAIMS

6.  The Trustee contests the amounts or the validity or extent of the security interest listed in the proofs of claim in the attached Schedule I to the Trustee's Recommendation Concerning Claims.  If no response or objection is timely filed, such claim will be treated in the manner and amount listed on the attached Schedules to the Trustee's Recommendation Concerning Claims

7.  Parties in interest should carefully examine the attached Schedules to the Trustee's Recommendation Concerning Claims.  If any party disagrees with the Trustee's recommendation concerning the amount or status of any claim, such party must file a response within twenty-eight (28) days from the date of service hereof, or the Trustee's recommendation will become final and binding.

8.  If the Trustee's recommendation concerning any claim differs from the amount indicated in the creditor's Proof of Claim, the recommendation is deemed to be an objection to such claim.  Unless a timely response or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount listed in the attached Schedules to the Trustee's Recommendation Concerning Claims .

9.  If the Trustee's recommendation concerning a creditor's claim indicates that such creditor is not a secured creditor, the recommendation is deemed to be an action to determine the validity of such creditor's security interest or to avoid such creditor's security interest.  Unless a timely response or objection is filed contesting the Trustee's recommendation, the security interest will be avoided or disallowed in accordance with the attached Schedules to the Trustee's Recommendation Concerning Claims.

   CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS.  PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL .

10. The amounts in the attached Schedule II to the Trustee's Recommendation Concerning Claims were taken directly from the proofs of claims.  The Trustee does not contest these claims.  If the Debtors or any creditors contest any of these claims, an objection to each claim must be filed within twenty-one (21) days from the date of service hereof.

NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS.  PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

11.  Responses to the Trustee's recommendation must be filed within twenty-eight (28) days from the date of service hereof, and additional objections to claims must be filed within twenty-one (21) days from the date of service hereof, with the United States Bankruptcy Clerk, 660 North Central Expressway, Plano, TX  75074, and served on the appropriate parties in accordance with the Bankruptcy Rules.

Respectfully submitted,

/s/ Shelly Terrill
Janna L. Countryman, TBN 04888050
Shelly Terrill, TBN 00794788
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580 / Fax (972) 943-8050

PLA_TrusteesRecommendationClaims

CASE NO: 12-40988-R

## SECTION I

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| ASSOCIATED CREDITORS EXCHANGE<br>P. O. BOX 33130<br>PHOENIX, AZ 85067 | 800.00 | 3.25 | SECURED CLAIM NOT FILED |
| | | 0.00 | GOODS SOLD - FURNITURE |
| | | | CLAIM NOT TO BE PAID |
| ATTORNEY GENERAL STATE OF TEXAS<br>COLLECTIONS DIV BANKRUPTCY<br>PO BOX 12548<br>AUSTIN, TX 78711 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| BANK OF AMERICA N.A.<br>4500 PARK GRANADA<br>CALABASAS, CA 91302 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| BANK OF AMERICA, N.A.<br>MACKIE WOLF & ZIENTZ, P.C.<br>14180 NORTH DALLAS PARKWAY, SUITE 660<br>DALLAS, TX 75254 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| BANK OF AMERICA, N.A.<br>400 NATIONAL WAY<br>SIMI VALLEY, CA 93065-6414 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| BANK OF AMERICA, NA<br>P. O. BOX 660933<br>DALLAS, TX 75266-0933 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| BASSEL & WILCOX, PLLC<br>P. O. BOX 11509<br>FORT WORTH, TX 76110-0509 | 0.00 | 0.00 | NOTICE OF APPEARANCE |
| | | 0.00 | FORD MOTOR CREDIT COMPANY |

| | | | |
|---|---|---|---|
| BEST BUY HSBC BANKRUPTCY DEPT<br>P. O. BOX 5213<br>CAROL STREAM, IL 60197-5213 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| CAPITAL ONE<br>P. O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| CHASE BANK ONE BANKRUPTCY<br>P. O. BOX 15145<br>WILMINGTON, DE 19850 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| CITY OF WYLIE<br>LINEBARGER GOGGAN BLAIR AND<br>SAMPSON<br>2323 BRYAN ST SUITE 1720<br>DALLAS, TX 26440 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| CITY OF WYLIE<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2644 | 1,136.40 | 0.00 | TAXES SECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 3<br>2012 PROPERTY TAXES<br>TO BE PAID DIRECT BY DEBTOR |
| CITY OF WYLIE<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2644 | 1,136.89 | 12.00 | TAXES SECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 3<br>2011 PROPERTY TAXES<br>TO BE PAID IN FULL |
| COLLIN COUNTY<br>GAY MCCALL ISAAKS GORDON AND<br>ROBERTS PC<br>777 E 15TH ST<br>PLANO, TX 75074 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| COLLIN COUNTY TAX<br>P. O. BOX 8046<br>MCKINNEY, TX 75070-8046 | 376.71 | 0.00 | TAXES SECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 1<br>ESTIMATED 2012 PROPERTY TAXES<br>TO BE PAID DIRECT BY DEBTOR |
| COLLIN COUNTY TAX<br>P. O. BOX 8046<br>MCKINNEY, TX 75070-8046 | 418.15 | 12.00 | TAXES SECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 1<br>2011 PROPERTY TAXES<br>TO BE PAID IN FULL |

PLA_TrusteesRecommendationClaims

| | | | |
|---|---|---|---|
| DIRECT MERCHANTS HSBC BANKRUPTCY P. O. BOX 5213 CAROL STREAM, IL 60197-5213 | 0.00 | 0.00 | UNSECURED CLAIM NOT FILED |
| | | 0.00 | CREDIT CARD |
| | | | CLAIM NOT TO BE PAID |
| FORD MOTOR CREDIT COMPANY BASSEL AND WILCOX P. O. BOX 11509 FORT WORTH, TX 76110-0509 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| FORD MOTOR CREDIT COMPANY LLC DRAWER 55-953 P.O. BOX 55000 DETROIT, MI 48255-0953 | 21,686.96 | 0.00 | SECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 5 2009 FORD F150 TO BE PAID DIRECT BY DEBTOR |
| FORD MOTOR CREDIT COMPANY LLC P. O. BOX 6275 DEARBORN, MI 48121 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, PC 777 EAST 15TH STREET PLANO, TX 75074 | 0.00 | 0.00 | NOTICE OF APPEARANCE |
| | | 0.00 | COLLIN COUNTY TAX |
| GE CAPITAL RETAIL BANK ATTN: BANKRUPTCY DEPARTMENT P. O. BOX 960061 ORLANDO, FL 32896-0661 | 0.00 | 0.00 | SECURED |
| | | 0.00 | 2007 YAMAHA XVS11ATWR COLLATERAL SURRENDERED, CLAIM NOT TO BE PAID |
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS P. O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| JEFFERSON CAPITAL SYSTEMS LLC P. O. BOX 7999 ST CLOUD, MN 56302-7999 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| JUNIPER BANK INQUIRIES P. O. BOX 8802 WILMINGTON, DE 19899-8802 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |

| | | | |
|---|---|---|---|
| KEYSTONE RECOVERY PARTNERS LLC<br>SERIES A<br>C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE, WA 98121 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| LINEBARGER GOGGAN BLAIR &<br>SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | 0.00<br><br>0.00 | 0.00 | NOTICE OF APPEARANCE<br><br>CITY OF WYLIE |
| MACKIE WOLF ZIENTZ & MANN, P.C.<br>PACIFIC CENTER I, SUITE 660<br>14180 N. DALLAS PARKWAY<br>DALLAS, TX 75254 | 0.00<br><br>0.00 | 0.00 | NOTICE OF APPEARANCE<br><br>BANK OF AMERICA |
| MERRICK BANK<br>P. O. BOX 30537<br>TAMPA, FL 33630 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| MICHAEL REED OR LEE GORDON<br>P. O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 0.00<br><br>0.00 | 0.00 | NOTICE OF APPEARANCE<br><br>WYLIE ISD |
| NATIONSTAR MORTGAGE<br>P. O. BOX 829009<br>DALLAS, TX 75382-9009 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| NATIONSTAR MORTGAGE LLC<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX 75067 | 110,178.45<br><br>0.00 | 0.00 | MORTGAGE ON-GOING PAYMENTS<br><br>COURT CLAIM REGISTRY # 8<br>HOMESTEAD<br>TO BE PAID DIRECT BY DEBTOR |
| NATIONSTAR MORTGAGE LLC<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX 75067 | 300.00<br><br>0.00 | 0.00 | MORTGAGE ARREARAGE<br><br>COURT CLAIM REGISTRY # 8<br>NTC OF POST-PETITION MTG FEES, EXPENSES & CHARGES<br>NOT PROVIDED FOR CURRENTLY |
| NATIONSTAR MORTGAGE LLC<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX 75067 | 0.05<br><br>0.00 | 0.00 | MORTGAGE ARREARAGE<br><br>COURT CLAIM REGISTRY # 8<br>HOMESTEAD ARREARS<br>TO BE PAID DIRECT BY DEBTOR |

PLA_TrusteesRecommendationClaims

| | | | |
|---|---|---|---|
| ORCHARD BANK HSBC BANKRUPTCY<br>PO BOX 5213<br>CAROL STREAM, IL 60197 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| PARTNERS FINANCIAL SERVICES INC<br>P. O. BOX 728<br>FENTON, MO 63026-0728 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| PORTFOLIO RECOVERY ASSOCIATES<br>P. O. BOX 41067<br>NORFOLK, VA 23541-1067 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| ROBERT HOLLINS<br>510 EDALYN<br>SAN ANTONIO, TX 78219 | 0.00 | 0.00 | SECURED |
| | | 0.00 | 2010 JEEP WRANGLER<br>TO BE PAID DIRECT BY DEBTOR |
| RUBIN & ASSOCIATES, PC<br>13601 PRESTON ROAD<br>SUITE 500E<br>DALLAS, TX 75240-4964 | 2,500.00 | 0.00 | ATTORNEY FEE |
| | | 0.00 | $500.00 FEES PAID DIRECT<br>TO BE PAID AS ADMINISTRATIVE |
| SHELL CITI CARDS BANKRUPTCY<br>P. O. BOX 20507<br>KANSAS CITY, MO 64195-0507 | 0.00 | 0.00 | UNSECURED CLAIM NOT FILED |
| | | 0.00 | CREDIT CARD<br>CLAIM NOT TO BE PAID |
| STATE COMPTROLLER OF PUBLIC<br>ACCOUNTS<br>111 E 17TH ST<br>AUSTIN, TX 78774 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| SWIFT TRANSPORTATION<br>2200 S 75TH AVE<br>PHOENIX, AZ 85043 | 0.00 | 0.00 | UNSECURED CLAIM NOT FILED |
| | | 0.00 | SERVICES PROVIDED<br>CLAIM NOT TO BE PAID |
| TEXAS WORKFORCE COMMISSION<br>TEC BLDG TAX DEPT<br>AUSTIN, TX 78778 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |

PLA_TrusteesRecommendationClaims

| | | | |
|---|---|---|---|
| UNITED STATES ATTORNEY<br>EASTERN DISTRICT OF TEXAS<br>350 MAGNOLIA ST SUITE 150<br>BEAUMONT, TX 22370 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| US ATTORNEY GENERAL<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| US DEPARTMENT OF HUD TITLE 1<br>52 CORPORATE CIRCLE<br>ALBANY, NY 51210 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 N. COLLEGE AVE.  SUITE 300<br>TYLER, TX 75702-7231 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| VETERANS ADMINISTRATION<br>1400 N VALLEY MILLS DR<br>WACO, TX 76799 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| WELLS FARGO BANK<br>P. O. BOX 13765<br>ROANOKE, VA 24037-3765 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |
| WELLS FARGO BANK<br>P. O. BOX 10438<br>DES MOINES, IA 50306-0438 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| WELLS FARGO FINANCIAL NATIONAL<br>BANK<br>P. O. BOX 660431<br>DALLAS, TX 75266-0431 | 1,263.29 | 0.00<br><br>0.00 | SECURED<br><br>COURT CLAIM REGISTRY # 9<br>GOODS SOLD - BENCHMARK JEWELERS<br>TO BE PAID AS SECURED, COLLATERAL VALUED |
| WYLIE ISD<br>MCCREARY VESELKA BRAGG AND<br>ALLEN PC<br>1505 E MCKINNEY ST ROOM 104<br>DENTON, TX 45250 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

PLA_TrusteesRecommendationClaims

| WYLIE ISD<br>P. O. BOX 8046<br>MCKINNEY, TX 75070-8046 | 1,805.63 | 0.00 | TAXES SECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 6<br>ESTIMATED 2012 PROPERTY TAXES<br>TO BE PAID DIRECT BY DEBTOR |
| WYLIE ISD<br>P. O. BOX 8046<br>MCKINNEY, TX 75070-8046 | 1,908.80 | 12.00 | TAXES SECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 6<br>2011 PROPERTY TAXES<br>TO BE PAID IN FULL |
| WYLIE ISD<br>P. O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |

PLA_TrusteesRecommendationClaims

CASE NO: 12-40988-R

<u>SECTION II</u>

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
| --- | --- | --- | --- |
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| BENEFICIAL FINANCIAL I INC. 636 GRAND REGENCY BLVD BRANDON, FL 33510 | 2,587.30 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 2 MONEY LOANED TO BE PAID AS UNSECURED |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE SUITE 1120 MIAMI, FL 33131-1605 | 1,648.92 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 12 CREDIT CARD - HSBC TO BE PAID AS UNSECURED |
| CAPITAL ONE BANK (USA) NA P. O. BOX 12907 NORFOLK, VA 23541 | 2,876.64 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 17 CREDIT CARD - HSBC BANK TO BE PAID AS UNSECURED |
| CAPITAL ONE BANK (USA) NA P. O. BOX 12907 NORFOLK, VA 23541 | 550.16 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 18 CREDIT CARD - HSBC BANK TO BE PAID AS UNSECURED |
| CAVALRY PORTFOLIO SERVICES LLC 500 SUMMIT LAKE DRIVE, SUITE 400 VALHALLA, NY 10595 | 1,391.03 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 13 CREDIT CARD - HSBC BANK - BEST BUY TO BE PAID AS UNSECURED |
| JEFFERSON CAPITAL SYSTEMS LLC P. O. BOX 953185 SAINT LOUIS, MO 63195-3185 | 4,287.69 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 14 CREDIT CARD - METRIS TO BE PAID AS UNSECURED |
| KEYSTONE RECOVERY PARTNERS LLC C/O WEINSTEIN AND RILEY, PS P.O. BOX 3978 SEATTLE, WA 98124-3978 | 3,934.66 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 11 CREDIT CARD - CAPITAL ONE TO BE PAID AS UNSECURED |

PLA_TrusteesRecommendationClaims

| | | | |
|---|---|---|---|
| KEYSTONE RECOVERY PARTNERS LLC<br>C/O WEINSTEIN AND RILEY, PS<br>P.O. BOX 3978<br>SEATTLE, WA 98124-3978 | 2,461.47 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 7<br>CREDIT CARD - JUNIPER - BARCLAYS BANK<br>TO BE PAID AS UNSECURED |
| KEYSTONE RECOVERY PARTNERS LLC<br>C/O WEINSTEIN AND RILEY, PS<br>P.O. BOX 3978<br>SEATTLE, WA 98124-3978 | 2,595.89 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 10<br>CREDIT CARD - JUNIPER - BARCLAYS BANK<br>TO BE PAID AS UNSECURED |
| MERRICK BANK<br>C/O RESURGENT CAPITAL SERVICES<br>P. O. BOX 10368<br>GREENVILLE, SC 29603-0368 | 2,504.83 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 15<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |
| MIDLAND CREDIT MANAGEMENT INC.<br>8875 AERO DRIVE SUITE 200<br>SAN DIEGO, CA 92123 | 5,951.85 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 4<br>CREDIT CARD - CHASE BANK<br>TO BE PAID AS UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES<br>P. O. BOX 12914<br>NORFOLK, VA 23541-2914 | 71.02 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 16<br>CREDIT CARD - CITGO<br>TO BE PAID AS UNSECURED |

PLA_TrusteesRecommendationClaims

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROGER ALAN HOLLINS | § | CASE NO.  12-40988-R |
| XXX-XX-4724 | § | |
| 508 KAMBER LANE | § | CHAPTER 13 |
| WYLIE, TX  75098 | § | |
| | § | |
| ALICIA INES HOLLINS | § | |
| XXX-XX-6544 | § | |
| | § | |
| DEBTORS | § | |

CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of the foregoing  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS) has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail . If no address is listed, no notice was sent to that party .

ROGER ALAN HOLLINS
ALICIA INES HOLLINS
508 KAMBER LANE
WYLIE, TX  75098

RUBIN & ASSOCIATES, PC
13601 PRESTON ROAD
SUITE 500E
DALLAS, TX  75240-4964

and to the parties on the attached mailing matrix.

Dated:    April 10, 2013                                    /s/ Janna L. Countryman
_____                        _____
                                                                 Office of the Standing Chapter 13 Trustee

PLA_TrusteesRecommendationClaims

ASSOCIATED CREDITORS
EXCHANGE
P. O. BOX 33130
PHOENIX, AZ  85067

ATTORNEY GENERAL STATE OF
TEXAS
COLLECTIONS DIV BANKRUPTCY
PO BOX 12548
AUSTIN, TX  78711

BANK OF AMERICA N.A.
4500 PARK GRANADA
CALABASAS, CA  91302

BANK OF AMERICA, N.A.
MACKIE WOLF & ZIENTZ, P.C.
14180 NORTH DALLAS PARKWAY,
SUITE 660
DALLAS, TX  75254

BANK OF AMERICA, N.A.
400 NATIONAL WAY
SIMI VALLEY, CA  93065-6414

BANK OF AMERICA, NA
P. O. BOX 660933
DALLAS, TX  75266-0933

BASSEL & WILCOX, PLLC
P. O. BOX 11509
FORT WORTH, TX  76110-0509

BENEFICIAL FINANCIAL I INC.
636 GRAND REGENCY BLVD
BRANDON, FL  33510

BEST BUY HSBC BANKRUPTCY
DEPT
P. O. BOX 5213
CAROL STREAM, IL  60197-5213

BUREAUS INVESTMENT GROUP
PORTFOLIO NO 15 LLC
C/O RECOVERY MANAGEMENT
SYSTEMS CORP
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL  33131-1605

CAPITAL ONE
P. O. BOX 30285
SALT LAKE CITY, UT  84130-0285

CAPITAL ONE BANK (USA) NA
P. O. BOX 12907
NORFOLK, VA  23541

CAVALRY PORTFOLIO SERVICES
LLC
500 SUMMIT LAKE DRIVE, SUITE 400
VALHALLA, NY  10595

CHASE BANK ONE BANKRUPTCY
P. O. BOX 15145
WILMINGTON, DE  19850

CITY OF WYLIE
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201-2644

CITY OF WYLIE
LINEBARGER GOGGAN BLAIR AND
SAMPSON
2323 BRYAN ST SUITE 1720
DALLAS, TX  26440

COLLIN COUNTY
GAY MCCALL ISAAKS GORDON AND
ROBERTS PC
777 E 15TH ST
PLANO, TX  75074

COLLIN COUNTY TAX
P. O. BOX 8046
MCKINNEY, TX  75070-8046

DIRECT MERCHANTS HSBC
BANKRUPTCY
P. O. BOX 5213
CAROL STREAM, IL  60197-5213

FORD MOTOR CREDIT COMPANY
BASSEL AND WILCOX
P. O. BOX 11509
FORT WORTH, TX  76110-0509

FORD MOTOR CREDIT COMPANY
LLC
DRAWER 55-953
P.O. BOX 55000
DETROIT, MI  48255-0953

FORD MOTOR CREDIT COMPANY
LLC
P. O. BOX 6275
DEARBORN, MI  48121

GAY, MCCALL, ISAACKS, GORDON &
ROBERTS, PC
777 EAST 15TH STREET
PLANO, TX  75074

GE CAPITAL RETAIL BANK
ATTN:  BANKRUPTCY DEPARTMENT
P. O. BOX 960061
ORLANDO, FL  32896-0661

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
P. O. BOX 7346
PHILADELPHIA, PA  19101-7346

JEFFERSON CAPITAL SYSTEMS LLC
P. O. BOX 953185
SAINT LOUIS, MO  63195-3185

JEFFERSON CAPITAL SYSTEMS LLC
P. O. BOX 7999
ST CLOUD, MN  56302-7999

JUNIPER BANK INQUIRIES
P. O. BOX 8802
WILMINGTON, DE  19899-8802

KEYSTONE RECOVERY PARTNERS
LLC
C/O WEINSTEIN AND RILEY, PS
P.O. BOX 3978
SEATTLE, WA  98124-3978

KEYSTONE RECOVERY PARTNERS
LLC SERIES A
C/O WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE, WA  98121


LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201

MACKIE WOLF ZIENTZ & MANN, P.C.
PACIFIC CENTER I, SUITE 660
14180 N. DALLAS PARKWAY
DALLAS, TX  75254

MERRICK BANK
C/O RESURGENT CAPITAL
SERVICES
P. O. BOX 10368
GREENVILLE, SC  29603-0368


MERRICK BANK
P. O. BOX 30537
TAMPA, FL  33630

MICHAEL REED OR LEE GORDON
P. O. BOX 1269
ROUND ROCK, TX  78680-1269

MIDLAND CREDIT MANAGEMENT
INC.
8875 AERO DRIVE SUITE 200
SAN DIEGO, CA  92123


NATIONSTAR MORTGAGE
P. O. BOX 829009
DALLAS, TX  75382-9009

NATIONSTAR MORTGAGE LLC
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

ORCHARD BANK HSBC
BANKRUPTCY
PO BOX 5213
CAROL STREAM, IL  60197


PARTNERS FINANCIAL SERVICES
INC
P. O. BOX 728
FENTON, MO  63026-0728

PORTFOLIO RECOVERY
ASSOCIATES
P. O. BOX 41067
NORFOLK, VA  23541-1067

PORTFOLIO RECOVERY
ASSOCIATES
P. O. BOX 12914
NORFOLK, VA  23541-2914


ROBERT HOLLINS
510 EDALYN
SAN ANTONIO, TX  78219

SHELL CITI CARDS BANKRUPTCY
P. O. BOX 20507
KANSAS CITY, MO  64195-0507

STATE COMPTROLLER OF PUBLIC
ACCOUNTS
111 E 17TH ST
AUSTIN, TX  78774


SWIFT TRANSPORTATION
2200 S 75TH AVE
PHOENIX, AZ  85043

TEXAS WORKFORCE COMMISSION
TEC BLDG TAX DEPT
AUSTIN, TX  78778

UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS
350 MAGNOLIA ST SUITE 150
BEAUMONT, TX  22370


US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC  20530

US DEPARTMENT OF HUD TITLE 1
52 CORPORATE CIRCLE
ALBANY, NY  51210

US TRUSTEE
OFFICE OF THE U.S. TRUSTEE
110 N. COLLEGE AVE.  SUITE 300
TYLER, TX  75702-7231


VETERANS ADMINISTRATION
1400 N VALLEY MILLS DR
WACO, TX  76799

WELLS FARGO BANK
P. O. BOX 13765
ROANOKE, VA  24037-3765

WELLS FARGO BANK
P. O. BOX 10438
DES MOINES, IA  50306-0438

WELLS FARGO FINANCIAL
NATIONAL BANK
P. O. BOX 660431
DALLAS, TX  75266-0431

WYLIE ISD
P. O. BOX 8046
MCKINNEY, TX  75070-8046

WYLIE ISD
P. O. BOX 1269
ROUND ROCK, TX  78680-1269


WYLIE ISD
MCCREARY VESELKA BRAGG AND
ALLEN PC
1505 E MCKINNEY ST ROOM 104
DENTON, TX  45250

PLA_TrusteesRecommendationClaims